JS-6

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CREDITORS SPECIALTY SERVICE, INC.,<br><br>　　　　Defendant. | Case No.: 2:16-cv-00245<br><br>**ORDER OF DISMISSAL**<br><br>**WITHOUT PREJUDICE** |

Based upon the Joint Motion of Dismissal by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above referenced matter is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: September 23, 2016　　　　_____

　　　　　　　　　　　　　　　　　HONORABLE ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE